**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| VERNICE NEWTON )<br>446 W. Shields St. )<br>Newark, Ohio 43055 )<br>                        )<br>       Plaintiff, )<br>                        )<br>   v.                  )<br>                        )<br>                        )<br>CONSUMER RECOVERY )<br>ASSOCIATES, L.L.C. )<br>2697 International Parkway )<br>Suite 4-270 )<br>Virginia Beach, Virginia 23452 )<br>                        )<br>       Defendant. ) | Case No:     2:11-cv-476<br><br>JURY DEMAND REQUESTED<br><br>VERIFIED CIVIL COMPLAINT<br>(Unlawful Debt Collection Practices) |

## **VERIFIED COMPLAINT**

     VERNICE NEWTON (Plaintiff), by his attorneys, KAHN AND ASSOCIATES, L.L.C., alleges the following against CONSUMER RECOVERY ASSOCIATES, L.L.C. (Defendant):

### **INTRODUCTION**

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### **JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States

district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

3. Because Defendant conducts business in Ohio, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

5. Plaintiff is a natural person who resides in Newark, Licking County, Ohio and is allegedly obligated to pay a debt, and Plaintiff is a "consumer" as that term is defined by *15 U.S.C. 1692a(3)*.

6. Pursuant to the definitions outlined in *15 U.S.C. 1692a(1-6)*, Defendant is a debt collector and sought to collect a consumer debt from Plaintiff which was allegedly due and owing from Plaintiff, and Plaintiff is a consumer debtor.

7. Defendant is a debt collector with an office in Virginia Beach, Virginia.

8. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

9. Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

10. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

11. For at least the past four (4) months, Defendant has been calling Plaintiff approximately four time (4) times a day.

12. Defendant called Plaintiff from telephone number: 800-922-4930.

13. Defendant places collection calls to Plaintiff on telephone number: 740-348-5016.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

14. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt.

    b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring and engaging Plaintiff is telephone conversations repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

WHEREFORE, Plaintiff, VERNICE NEWTON respectfully requests judgment be entered against Defendant, CONSUMER RECOVERY ASSOCIATES, L.L.C. for the following:

15. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

16. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

17. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

Plaintiff, VERNICE NEWTON, requests a jury trial in this case.

RESPECTFULLY SUBMITTED,

KAHN & ASSOCIATES, L.L.C.

___/s/ J. Daniel Scharville_____
J. DANIEL SCHARVILLE (0071132)
55 Public Square
Suite 650
Cleveland, Ohio 44113
Ph.: (216) 621-6101
Fax: (216) 621-6006
Attorney for Plaintiff