# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| VERNICE NEWTON, } | Civil Action 2:11-CV-476 |
| } | |
| Plaintiff, } | JUDGE: Watson |
| } | |
| v. } | MAGISTRATE JUDGE: Abel |
| } | |
| CONSUMER RECOVERY ASSOCIATES, } | |
| LLC, } | |
| } | |
| Defendant. } | |

## PLAINTIFF'S MOTION FOR DISMISSAL

The parties having reached a mutual agreement, Plaintiff, VERNICE NEWTON, hereby respectfully requests that this Court dismiss the above captioned action with prejudice.

Respectfully Submitted,

KAHN & ASSOCIATES, L.L.C.


/s/ J. Daniel Scharville
J. DANIEL SCHARVILLE (0071132)
6200 Rockside Woods Blvd – Suite 215
Independence, Ohio 44131
(216) 621-6101
(216) 621-6006 Facsimile
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| VERNICE NEWTON,  }  }  Plaintiff,  }  }  v.  }  }  CONSUMER RECOVERY ASSOCIATES, } LLC,  }  }  Defendant.  } _____/ | Civil Action 2:11-CV-476  JUDGE: Watson  MAGISTRATE JUDGE: Abel |

## ORDER DISMISSING CASE WITH PREJUDICE

THIS CAUSE having come before the Court on the Plaintiff's Motion for Dismissal, it is hereby ORDERED that this case is dismissed with prejudice.

SO ORDERED THIS _____ day of August 2011.

_____
Magistrate Judge Abel