IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

VERNICE NEWTON, } Civil Action 2:11-CV-476
}
    Plaintiff, } JUDGE: Watson
}
v. } MAGISTRATE JUDGE: Abel
}
CONSUMER RECOVERY ASSOCIATES, }
LLC, }
}
    Defendant. }
/

## ORDER DISMISSING CASE WITH PREJUDICE

THIS CAUSE having come before the Court on the Plaintiff's Motion for Dismissal, it is hereby ORDERED that this case is dismissed with prejudice.

SO ORDERED THIS 28th day of ~~August~~ September 2011.

*/s/ Michael H. Watson*